IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:25 cr 020 |
| Plaintiff, | : | JUDGE |
| v. | : | **INDICTMENT** <br> 18 U.S.C. §§ 922(g)(1) & 924(a)(8) |
| MICHAEL D. TAYLOR, | : | FORFEITURE |
| Defendant. | : | |

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
(Felon in Possession of a Firearm)

On or about June 21, 2024, in the Southern District of Ohio, Defendant Michael D. Taylor, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm that had been shipped and transported in and affecting interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, Defendant Michael D. Taylor shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to a Glock model 22 pistol, serial number AAHE639, with magazine and six (6) rounds of ammunition and any attachments.

A TRUE BILL

_____
FOREPERSON

KELLY A. NORRIS
Acting United States Attorney

_____
GEORGE PAINTER (0097271)
Assistant United States Attorney